1
2
3  SEALED
4
   ORDERED UNSEALED on 12/15/2022   s/ anthonye
5
6        # UNITED STATES DISTRICT COURT
7
         # SOUTHERN DISTRICT OF CALIFORNIA
8
9  | UNITED STATES OF AMERICA, | Magistrate Case No.: '22 MJ4540 BGS |
10 | Plaintiff, | |
11 | | COMPLAINT FOR VIOLATION OF: |
12 | v. | 18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |
13 | STEPHEN ERIC MILLER, | |
14 | Defendant. | |

17    The undersigned Complainant, being duly sworn, states:
18    Beginning on an unknown date up to and including October 19, 2022, within the
19 Southern District of California, defendant STEPHEN ERIC MILLER, did knowingly
20 possess one and more matters containing visual depictions that had been shipped and
21 transported using a means and facility of interstate and foreign commerce, and in and
22 affecting interstate and foreign commerce, the production of which involved the use of
23 a prepubescent minor and a minor who had not attained 12 years of age engaging in
24 sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2),
25 and which visual depictions were of such conduct; in violation of Title 18, United
26 States Code, Section 2252(a)(4)(B).
27 //
28 //

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Mallory Silbert, Special Agent
Federal Bureau of Investigation

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of December, 2022.

_____
HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge

## STATEMENT OF FACTS

I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so since April 2021. I received approximately twenty weeks of training at the FBI Academy in Quantico, Virginia. As an SA, I received training and instruction on search and seizure laws and techniques, surveillance, forensic techniques, and interviewing. I have assisted on investigations involving child sexual exploitation and the possession and transmission of child pornography in addition to other criminal violations. Prior to becoming an agent, I worked for the FBI for seven years as an Evidence Technician and an Operational Support Technician. This complaint is based on my participation in this investigation as well as information received from fellow FBI agents and other law enforcement officers.

On or about October 13, 2022, a state search warrant was obtained for a residence in Escondido, California, in the Southern District of California. The search warrant was part of an ongoing child exploitation investigation into STEPHEN ERIC MILLER.

On October 19, 2022, Escondido Police Department (EPD), including the FBI, served the search warrant at MILLER's residence. Pursuant to the search warrant, numerous electronic devices were seized. MILLER declined to be interviewed. However, during the execution of the search warrant, MILLER told EPD Detective Patrick Hand, "You'll want to take that if you are looking for something," and pointed to his Samsung phone and ACER laptop.

Following the execution of the search warrant, the electronic devices and media seized from the residence were forensically reviewed. Among the devices reviewed was an ACER laptop which was identified as MILLER's laptop. Over 10,000 files depicting minors and prepubescent minors engaged in sexually explicit conduct were located on the ACER laptop. There were also files depicting minors engaged in sexually explicit conduct located on MILLER's Samsung phone as well. Among the files found on the ACER laptop were the following:

3

a. **Dad & Daughter 2.mp4:** This video depicts a prepubescent female orally copulating an adult male's penis. Toward the end of the video, the adult male grabs the child's back portion of her head and forces his erect penis as far as the prepubescent female's mouth/throat will allow. She is seen gagging and catching her breath following the act.

b. **CAM00465.mp4:** This video depicts a prepubescent female orally copulating an adult male's penis.

c. **2_3some_reman_jgurl_jman_vid201901311111525_trim.mp4:** This video depicts two nude adult males engaging in sexual intercourse with a prepubescent female. The video also depicts her orally copulating one of the adult males' penises.

After viewing these files and other files downloaded, I determined they constitute child pornography as defined in 18 U.S.C § 2256.

During a review of the ACER laptop, Detective Hand also determined that the user had been online looking for websites dedicated to pedophilia.

The Samsung phone and the ACER laptop devices seized from MILLER were not manufactured in the State of California, and also contain parts of the devices that were not manufactured in the State of California. Therefore, these devices and their component parts devices containing child pornography must have traveled in interstate or foreign commerce to be found therein.

### REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.